# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 21, 2025

Scott L. Winkelman
CROWELL & MORING
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-0000

      RE: 24-3200 Morehouse Enterprises, LLC, et al v. Bureau of ATF, et al

Dear Counsel:

      The amicus curiae brief of the Brady Center to Prevent Gun Violence, Everytown for Gun Safety Support Fund, March for Our Lives Foundation, and Giffords Law Center to Prevent Gun Violence has been filed. If you have not already done so, please complete and file an Appearance form. You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

      Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

      Maureen W. Gornik
      Acting Clerk of Court

NDG

Enclosure(s)

cc:    Julia Carbonetti
      Suzanne Giammalva
      Sarah Clark Griffin
      John I. Harris III
      Oliver Matthew Krawczyk
      Robert Jeffrey Olson
      Taylor Pitz
      Tiana Russell
      Zachary William Sherwood
      Stephen D. Stamboulieh
      Luke Taeschler

      District Court/Agency Case Number(s): 3:23-cv-00129-PDW