IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Morehouse Enterprises, LLC, doing business as Bridge City Ordnance; Gun Owners of America, Inc.; Gun Owners Foundation<br><br>Plaintiffs - Appellants<br><br>v.<br><br>Bureau of Alcohol, Tobacco, Firearms and Explosives; United States Department of Justice; Steven Dettelbach, In his Official Capacity as the Director of ATF; Hans Hummel, In his Official Capacity as the Director of Industry and Operations for the Saint Paul Field Division of the ATF<br><br>Defendants - Appellees | Case No. 24-3200 |

## PLAINTIFFS-APPELLANTS' STATUS REPORT

Plaintiffs-Appellants Morehouse Enterprises, LLC d/b/a Bridge City Ordnance, Gun Owners of America, Inc., and Gun Owners Foundation, by and through counsel, file this status report pursuant to the Court's May 8, 2025 Order. This case involves a challenge to the Bureau of Alcohol, Tobacco, Firearms and Explosives' ("ATF") promulgation of a so-called "zero tolerance" firearm dealer license revocation policy during the previous presidential administration.

Plaintiffs-Appellants filed their opening brief on December 12, 2024. Defendants-Appellees then filed their response brief on January 15, 2025. On January 27, 2025, Plaintiffs-Appellants moved for an extension of time to file their reply brief, which this Court granted. But prior to Plaintiffs-Appellants' reply-brief deadline, the parties jointly moved for, and this Court granted, an abeyance pending the new Attorney General's review of this case pursuant to President Trump's Executive Order entitled "Protecting Second Amendment Rights." *See* Joint Motion to Place Appeal in Abeyance (Feb. 19, 2025); Order (Feb. 21, 2025).

Since then, ATF issued a new policy for the revocation of federal firearms licenses, purporting to rescind the "zero tolerance" policy. *See* Defendants-Appellees' Status Report (Apr. 22, 2025). However, the parties have been unable to resolve this matter. Thus, Plaintiffs-Appellants request that the Court lift the abeyance and order that Plaintiffs-Appellants' Reply Brief be filed within twenty-one (21) days of that order.

Respectfully submitted, this the 8th of July 2025.

| | |
|---|---|
| */s/ Stephen D. Stamboulieh* <br> Stephen D. Stamboulieh (MS # 102784) <br> Stambouliéh Law, PLLC <br> P.O. Box 428 <br> Olive Branch, MS 38654 <br> (601) 852-3440 <br> stephen@sdslaw.us | Robert J. Olson (VA # 82488) <br> William J. Olson, PC <br> 370 Maple Ave. West, Suite 4 <br> Vienna, VA 22180-5615 <br> (703) 356-5070 (T) <br> (703) 356-5085 (F) <br> rob@wjopc.com |
| John I. Harris III (TN # 12099) <br> Schulman, LeRoy & Bennett PC <br> 3310 West End Avenue, Suite 460 <br> Nashville, TN 37203 <br> (615) 244 6670 Ext. 111 <br> Fax (615) 254-5407 <br> jharris@slblawfirm.com | Oliver M. Krawczyk (PA # 334423) <br> Ambler Law Offices, LLC <br> 115 South Hanover Street, Suite 100 <br> Carlisle, PA 17013 <br> (717) 525-5822 (T) <br> (540) 773-2414 (F) <br> oliver@amblerlawoffices.com |

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Stephen D. Stambouliéh*
Stephen D. Stambouliéh