# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 24-3200

_____

Morehouse Enterprises, LLC, doing business as Bridge City Ordinance; Gun Owners of America, Inc.; Gun Owners Foundation

Plaintiffs - Appellants

v.

Bureau of Alcohol, Tobacco, Firearms and Explosives; United States Department of Justice; Daniel P. Driscoll, In his Official Capacity as the Acting Director of ATF; Hans Hummel, In his Official Capacity as the Director of Industry and Operations for the Saint Paul Field Division of the ATF

Defendants - Appellees

------------------------------

Brady Center to Prevent Gun Violence; Everytown for Gun Safety Action Fund; March For Our Lives; Giffords Law Center to Prevent Gun Violence

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:23-cv-00129-PDW)

_____

## JUDGMENT

Before SMITH, KELLY, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the order of the district court in this cause is vacated and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

December 11, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler